# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**AMERICAN MERCHANT BANKING GROUP, INC.**, a Florida Corporation; **SPANISH RADIO PRODUCTIONS, INC.**, a Florida corporation

    Plaintiffs,

v.

**GRUPO RADIO CENTRO S.A.B. de C.V.** a Mexican Company, the shares of which are publicly traded as American depository receipts on the New York Stock Exchange; **GRUPO RADIO CENTRO, L.A., LLC**, a Delaware limited liability company; **EMMIS COMMUNICATIONS CORPORATION**, an Indiana corporation; **LEIBOWITZ AND ASSOCIATES, P.A.**, a Florida professional association; and **MATTHEW L. LEIBOWITZ**, an individual.

    Defendants.
_____/

Civil Action No. **12-21714-CIV-COOKE/TURNOFF**
_____

## SUMMONS IN A CIVIL ACTION

To:

    **GRUPO RADIO CENTRO S.A.B. de C.V.**
    By serving: Registered Agent: Paul S. Arnowitz
    200 Auburn Folsom Road, Suite 305
    Burbank, CA 95603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    **RICHARD J. BURTON, ESQ.**
    2999 N.E. 191 Street, Suite 805
    Aventura, Florida 33180
    Phone: (305) 705-0888 - Fax: (305) 705-0008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAY 7, 2012**
_____

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**AMERICAN MERCHANT BANKING GROUP, INC.**, a Florida Corporation; **SPANISH RADIO PRODUCTIONS, INC.**, a Florida corporation

    Plaintiffs,

v.

**GRUPO RADIO CENTRO S.A.B. de C.V.** a Mexican Company, the shares of which are publicly traded as American depository receipts on the New York Stock Exchange; **GRUPO RADIO CENTRO, L.A., LLC**, a Delaware limited liability company; **EMMIS COMMUNICATIONS CORPORATION**, an Indiana corporation; **LEIBOWITZ AND ASSOCIATES, P.A.**, a Florida professional association; and **MATTHEW L. LEIBOWITZ**, an individual.

    Defendants.
_____/

Civil Action No. **12-21714-CIV-COOKE/TURNOFF**

## SUMMONS IN A CIVIL ACTION

To:

    **GRUPO RADIO CENTRO, L.A., LLC**
    By serving: Registered Agent: Paul S. Arnowitz
    200 Auburn Folsom Road, Suite 305
    Burbank, CA 95603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    **RICHARD J. BURTON, ESQ.**
    2999 N.E. 191 Street, Suite 805
    Aventura, Florida 33180
    Phone: (305) 705-0888 - Fax: (305) 705-0008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAY 7, 2012**

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**AMERICAN MERCHANT BANKING GROUP, INC.**, a Florida Corporation;
**SPANISH RADIO PRODUCTIONS, INC.**, a Florida corporation

    Plaintiffs,

v.                                                                                                         Civil Action No. **12-21714-CIV-COOKE/TURNOFF**

**GRUPO RADIO CENTRO S.A.B. de C.V.**, a Mexican Company, the shares of which are publicly traded as American depository receipts on the New York Stock Exchange;
**GRUPO RADIO CENTRO, L.A., LLC**, a Delaware limited liability company; **EMMIS COMMUNICATIONS CORPORATION**, an Indiana corporation; **LEIBOWITZ AND ASSOCIATES, P.A.**, a Florida professional association; and **MATTHEW L. LEIBOWITZ**, an individual.

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

To:

**EMMIS COMMUNICATIONS CORPORATION**
By serving: Registered Agent
1770 MARKET SQUARE CENTER
INDIANAPOLIS, INDIANA 46204

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

**RICHARD J. BURTON, ESQ.**
2999 N.E. 191 Street, Suite 805
Aventura, Florida 33180
Phone: (305) 705-0888 - Fax: (305) 705-0008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **MAY 7, 2012**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**AMERICAN MERCHANT BANKING GROUP, INC.**, a Florida Corporation; **SPANISH RADIO PRODUCTIONS, INC.**, a Florida corporation

    Plaintiffs,

v.

**GRUPO RADIO CENTRO S.A.B. de C.V**. a Mexican Company, the shares of which are publicly traded as American depository receipts on the New York Stock Exchange; **GRUPO RADIO CENTRO, L.A., LLC**, a Delaware limited liability company; **EMMIS COMMUNICATIONS CORPORATION**, an Indiana corporation; **LEIBOWITZ AND ASSOCIATES, P.A.**, a Florida professional association; and **MATTHEW L. LEIBOWITZ**, an individual.

    Defendants.
_____/

Civil Action No. **12-21714-CIV-COOKE/TURNOFF**

## SUMMONS IN A CIVIL ACTION

To:

**MATTHEW L. LEIBOWITZ**
4400 BISCAYNE BLVD., SUITE 880
MIAMI, FLORIDA 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

**RICHARD J. BURTON, ESQ.**
2999 N.E. 191 Street, Suite 805
Aventura, Florida 33180
Phone: (305) 705-0888 - Fax: (305) 705-0008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAY 7, 2012**

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**AMERICAN MERCHANT BANKING GROUP, INC.**, a Florida Corporation; **SPANISH RADIO PRODUCTIONS, INC.**, a Florida corporation

    Plaintiffs,

v.

**GRUPO RADIO CENTRO S.A.B. de C.V**. a Mexican Company, the shares of which are publicly traded as American depository receipts on the New York Stock Exchange; **GRUPO RADIO CENTRO, L.A., LLC**, a Delaware limited liability company; **EMMIS COMMUNICATIONS CORPORATION**, an Indiana corporation; **LEIBOWITZ AND ASSOCIATES**, **P.A.**, a Florida professional association; and **MATTHEW L. LEIBOWITZ**, an individual.

    Defendants.
_____/

Civil Action No. __12-21714-CIV-COOKE/TURNOFF__

### SUMMONS IN A CIVIL ACTION

To:

**LEIBOWITZ AND ASSOCIATES, P.A.**
By serving: Registered Agent, MATTHEW L. LEIBOWITZ
4400 BISCAYNE BLVD., SUITE 880
MIAMI, FLORIDA 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

**RICHARD J. BURTON, ESQ.**
2999 N.E. 191 Street, Suite 805
Aventura, Florida 33180
Phone: (305) 705-0888 - Fax: (305) 705-0008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __MAY 7, 2012__

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts